IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEON VESSEL, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. H-18-2843 |
| C.O. E. MAXEY, | § § § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 29th day of August, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE